IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02573-BNB

RAY MONDRAGON,

      Plaintiff,

v.

DOUG CAMPING,
KEVIN CAMPING, and
CAMPING COMPANIES,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff filed a "Request for Clarification/and or Request for Jurisdiction" (ECF No. 11) on January 8, 2013. The Court construes the request as a motion for clarification, which is granted.

      On December 10, 2012, the Court directed Plaintiff to file an amended complaint to allege facts supporting federal court jurisdiction under 28 U.S.C. § 1331 or § 1332. Plaintiff did not file an amended complaint, but instead asserts in his request for clarification that the amount in controversy exceeds $75,000. If Plaintiff intends to assert jurisdiction based on the diversity jurisdiction statute, he must file an amended complaint and allege <u>in that pleading</u> the facts necessary to support jurisdiction under 28 U.S.C. § 1332. Accordingly, it is

      HEREBY **ORDERED** that Plaintiff shall file an amended complaint on the court-approved Complaint form, **on or before February 11, 2013.**

      Dated: January 11, 2013