IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 12-cv-02573-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: May 15, 2013 | Courtroom Deputy:   Sabrina Grimm |

| *Parties:* | *Counsel:* |
|---|---|
| RAY MONDRAGON, | Pro se |
| Plaintiff, | |
| v. | |
| DOUG CAMPING, | James Meseck |
| KEVIN CAMPING, and | Rachel Ryckman |
| CAMPING COMPANIES, | |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   PRELIMINARY SCHEDULING CONFERENCE**

**11:05 a.m.**   **Court in session.**

Court calls case.  Appearances of counsel.

Also present, Sarah Harrington, legal assistant for Mr. Meseck.

Discussion regarding notice of today's hearing, plaintiff's response in relation to Defendant's Motion to Dismiss [24], plaintiff's pro se status, and communications between parties.

Mr. Mondragon states his current status is Pro se.

**ORDERED:   Plaintiff's response brief to Defendant's Motion to Dismiss [24] is due by 5:00 p.m. on May 22, 2013.  A motion hearing is scheduled for May 28, 2013 at 1:30 p.m.  Plaintiff must be physically present in Courtroom A402 before Magistrate Judge Craig B. Shaffer.  If a response is not filed, or if Plaintiff fails to physically appear to the motion hearing, the Court may recommend that the case be dismissed.**

**ORDERED:   Defendant's Motion to Compel Plaintiff to Identify His Attorney [26] is DENIED.**

**11:46 a.m.      Court in recess.**
Hearing concluded.
Total time in court:     00:41

To order transcripts of hearings, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.