**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

Civil Action No.  12-cv-02573-MSK-CBS

RAY MONDRAGON,

      Plaintiff,

v.

DOUG CAMPING,
KEVIN CAMPING, and
CAMPING COMPANIES,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on October 9, 2013 adopting the Recommendation issued by the Magistrate Judge (Doc #43) to grant the Defendants' Motion to Dismiss (Doc #24), it is

ORDERED that the Recommendation of Magistrate Judge Craig B. Shaffer (Doc #43) is ADOPTED.  Plaintiff's case is dismissed.

Pursuant to the Electronic Order filed on October 9, 2013 granting the Defendants' Motion for Attorney Fees and Costs (Doc #45), it is

FURTHER ORDERED that pursuant to C.R.S. §§ 13-17-102, 13-17-201, and 13-16-107, defendants are awarded attorney fees and costs in the total amount of $8,890.75.

It is further ORDERED that post-judgment interest shall accrue at the legal rate

0.11% from the date of entry of Final Judgment.

Dated at Denver, Colorado this ____11th____ day of October, 2013.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler_____
Edward P. Butler, Deputy Clerk